In the Matter of Estate of Matilda Johnson, Incompetent.
On Appeal of Ernest G. Miessler, Conservator of Estate of Matilda Johnson, Incompetent, Ernest G. Miessler, Appellant.

Gen. No. 10,671. 

 

Johnson, Cass & Bateman, for appellant; Rudolph L. Johnson, and Donald E. Bateman, of counsel; Robert T. Drake, and Hadley & Leren, for appellee; Alexander J. Burek, of counsel. Opinion by JUSTICE WOLFE. Not to be published in full. Opinion filed July 9, 1953; released for publication July 27, 1953.